# APPENDIX.

## OPINIONS PER CURIAM.

J. H. HUCKLEBRIDGE V. THE STATE OF KANSAS. No. 11,774. (67 Pac. 1130.) Error from Greenwood district court. Opinion filed January 11, 1902. Division one. *Affirmed.* J. B. Clogston, and L. E. Clogston, for plaintiff in error. L. H. Johnston, county attorney, and Howard J. Hodgson, for The State.

W. E. WOOD, *County Clerk*, v. BASCOM O'HAIR. No. 11,918. (67 Pac. 451.) Error from Sumner district court. Opinion filed January 11, 1902. Division one. *Dismissed.* Ready & Ready, and James Lawrence, for plaintiff in error. Herrick & Rogers, for defendant in error.

IRA D. KELLY V. ED. MCHUGH *et al.* No. 11,939. (67 Pac. 1130.) Error from Allen district court. Opinion filed January 11, 1902. Division one. *Dismissed.* Oscar Foust & Son, and Baxter D. McClain, for plaintiff in error. J. F. Thompson, for defendants in error.

CORLIA J. MCCRONE V. THE MODERN WOODMEN OF AMERICA. No. 12,055. (67 Pac. 1131.) Error from Shawnee district court. Opinion filed January 11, 1902. Division one. *Affirmed.* Case & Case, for plaintiff in error. D. C. Tillotson, for defendant in error.

LOUISA ANN POOLE V. CARL J. MOORE, *as Sheriff, et al.* No. 12,-103. (67 Pac. 1132.) Error from Cloud district court. Opinion filed January 11, 1902. Division one. *Reversed.* L. J. Crans, for plaintiff in error. P. B. Pulsifer, and G. M. Culver, for defendants in error.

CHARLES A. LOGAN V. PETER J. PETERSON *et al.* No. 12,198. (67 Pac. 1131.) Error from McPherson district court. Opinion filed January 11, 1902. Division one. *Dismissed.* Grattan & Grattan, for plaintiff in error. Frank O. Johnson, for defendants in error.

J. W. STREET V. A. W. MORGAN. No. 12,236. (67 Pac. 1133.) Error from Greenwood district court. Opinion filed January 11, 1902. Division one. *Affirmed.* Redden, McKeever & Hayden, for plaintiff in error. L. H. Johnson, for defendant in error.

CAROLINE F. SPINK V. HIRAM W. NEWBY *et al.* No. 12,270. (67 Pac. 437.) Error from Chase district court. Opinion filed January 11, 1902. Division one. *Reversed.* W. T. McCarty, and Madden Brothers, for plaintiff in error. Graves & Hamer, for defendants in error.